'08 CIV 5416

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NORMAN DOWELL,

                            Plaintiff,

    -against-

CM & E CON, INC.,

                            Defendants.
------------------------------------------------------------x

Case No.:

**Rule 7.1 Statement**

RECEIVED JUN 16 2008 U.S.D.C. S.D.N.Y. CASHIERS

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for CM & E CON, INC., a Private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**NONE**

Dated: New York, New York
       June 12, 2008

                                          Yours, etc.,

                                          LITCHFIELD CAVO LLP

                                          By: _____
                                              Edward Fogarty, Jr. (4587)
                                         420 Lexington Avenue, Suite 2104
                                         New York, New York 10170
                                         (212) 434-0100
                                         *Attorneys for Defendant*